# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:                                                                                          Case No. 13-32778-LMI
                                                                                                Chapter 13
JIMMY J. FIGUEROA,
SSN: xxx-xx-2239
JACQUELINE FIGUEROA,
SSN: xxx-xx-5215

      Debtors.
_____/

## PETER SPINDEL, ESQ.'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

**PETER SPINDEL, ESQ.**, responds to the Court's Order to Show Cause [ECF No. 151], and would show:

1. The undersigned is a T-Mobile cellular telephone subscriber.

2. On the date of the last hearing on the Debtors' motion to modify confirmed chapter 13 plan, September 1, 2020, at 9:00 o'clock a.m., the T-Mobile cellular telephone network was not operational for at least an approximate six hour period, from approximately 8:50 a.m., when the undersigned attempted to dial into the motion hearing calendar at 1.646.760.4600, and ending sometime after 1:20 p.m., when the undersigned attempted to dial into the Court's afternoon confirmation hearings but was also unsuccessful.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court discharge the Order to Show Cause and provide such other and further relief thereto as deemed just and equitable.

Certificate of Admission

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: September 29, 2020

/s/ *Peter Spindel*
PETER SPINDEL
Florida Bar No. 816183
Peter Spindel, Esq., P.A.
8306 Mills Dr. #458
Miami, Florida 33183-4838
(305) 799-5724
peterspindel@gmail.com

Certificate of Service

I CERTIFY that a true copy of the foregoing was served on all CM/ECF registered users via Notice of Electronic Filing and by regular first class USPS mail, postage fully prepaid, on all other interested parties as indicated on the attached service list on September 29, 2020

/s/ *Peter Spindel*
PETER SPINDEL, ESQ.

*Via NEF-*
13-32778-LMI Notice will be electronically mailed to:

Marc Granger on behalf of Creditor JPMorgan Chase Bank, National Association
mgranger@kahaneandassociates.com,
bkecf@kahaneandassociates.com;tforeman@kahaneandassociates.com;8163622420@filings.docketbird.com;5456272420@filings.docketbird.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Hugh B Shafritz on behalf of Creditor Dove Investment Corp.
hshafritz@collectionslawfirm.com, nkostich@collectionslawfirm.com

Peter D Spindel on behalf of Debtor Jimmy J. Figueroa
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Peter D Spindel on behalf of Joint Debtor Jacqueline Figueroa
peterspindel@gmail.com, peterspindelcmecf@gmail.com

*By USPS Mail:*

Jimmy Figueroa
8181 NW River Rd. Lot E544
Miami, FL 33166-7444

Jacqueline Figueroa
961 W. 37 Ter.
Hialeah, FL 33012-7289

Tropical Financial Credit Union
Attn: Richard Helber, CEO
3050 Corporate Way
Miramar, FL 33025

Tropical Financial Credit Union
Attn: Richard Helber, CEO
POB 829517
Pembroke Pines, FL 33082-9917

Chase Home Finance
POB 78420
Phoenix, AZ 85062-8420

Chase Mortgage
3415 Vision Dr
Columbus, OH 43219

Florida Department Of Revenue
POB 6668
Tallahassee, FL 32314-6668IRS
Insolvency Support Group
POB 7346
Phildelphia, PA 19101-7346

Miami Dade Tax Collector
Attn: Bankruptcy Unit
140 W Flagler St. #1403
Miami, FL 33130-1575

Asset Acceptance LLC
POB 2036
Warren, MI 48090

AT&T
PO Box 536216
Atlanta, GA 30353-6216

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Home Finance LLC
7255 Baymeadows Way
Jacksonville, FL 32256

Comcast
c/o Enhanced Recovery Services
8014 Bayberry Rd.
Jacksonville, FL 32256

LVNV Funding LLC
P.O. Box 15298
Wilmington, DE 19850

Direct TV Customer Service
P.O. Box 6550
Greenwood Village, CO 80155-6550

FIA Card Service
C/O Fulton Friedman & Gullace
PO Box 2123
Warren, MI 48090-2123

HSBC Bank
C/O Midland Funding LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123

HSBC Bank
PO Box 52530
Carol Stream, IL 60196

JPMorganChase Legal Dept
POB 9622
Deerfield Beach, FL 33442

Mercy Hospital
c/o Capio Partners LLC
P.O. Box 3498
Sherman, TX 75091

Mango Hill POA Inc
c/o Neighborhood Prop Mangt
2150 W 37 Ter
Hialeah, FL 33016


Mango Hill POA Inc
Attn Bertha Tatsuta Pres
2083 W 76 St
Hialeah FL 33016


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA  19044


Sears Credit Cards
PO Box 6282
Sioux Falls, SD  57117


T-Mobile Customer Relations
PO Box 37380
Albuquerque, NM  87176-7380


Tropical Financial CU
3050 Corporate Way
Miramar, FL  33025


Washington Mutual
c/o LVNV Funding LLC
P.O. Box 15298
Wilmington, DE  19850


Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ  85038-9704

Wells Fargo Dealer Services
Andre, Palma, & Andre
701 SW 27th Avenue, Suite 900
Miami, FL  33135


Wells Fargo Dealer Services
P.O. Box 997517
Sacramento, CA  95899


Well s Recovery Service
1908 Clinton St
Aurora, CO  80010

3271.1001
\figueroaJ2.res